**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRICIO CORTES-RANGEL, ) | |
| ) | Case No. |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ) | |
| SCHINDLER ELEVATOR CORPORATION, ) | Magistrate Judge |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL**

Please take notice that Defendant SCHINDLER ELEVATOR CORPORATION, a Deleware corporation, by its attorneys Alan M. Bernover and LITCHFIELD CAVO LLP, pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, hereby removes the civil action captioned *BRICIO CORTES-RANGEL v. Schindler Elevator Corporation*, case No. 2021 L 010790, pending in the Circuit Court of Cook County, Illinois ("state court action"), to the U.S. District Court for the Northern District of Illinois. As grounds for removal, Schindler states as follows:

**PROCEDURAL HISTORY**

1. The present State Court Action was initiated by Plaintiff on November 4, 2021. Plaintiff's petition and jury demand is attached hereto as **Exhibit A** ("Petition").

2. Plaintiff's Original Complaint named PENNY OPCO, LLC d/b/a JCPENNY, SCHINDLER ELEVATOR CORPORATION, and TK ELEVATOR CORPORATION. However, due to the Bankruptcy of PENNY OPCO, LLC d/b/a JCPENNY and the non-involvement of TK ELEVATOR CORPORATION, Plaintiff amended his complaint on March 10, 2022 naming solely Schindler Elevator Corporation.

3. Schindler was served with a copy of the Plaintiff's Amended Complaint on March 10, 2022 through the State Court's electronic filing system, a copy of which is attached hereto as Exhibit B.

4. Thirty days have not expired since Schindler was served with a copy of the Amended complaint setting forth the clam for relief upon which such action or proceeding is based. 28 U.S.C. §§ 1446(b).

5. In the Amended complaint, plaintiff alleges Schindler negligently manufactured and maintained a passenger elevator located inside the JCPENNY at 7507 West Cermak Road, North Riverside Illinois 60546 allegedly causing plaintiff to fall, causing injury. See attached Exhibit A.

6. The complaint alleges over $50,000 in damages. See attached Exhibit A.

7. On information and belief, Plaintiff is seeking in excess of $75,000 due to his alleged injuries.

**THE PARTIES**

8. Plaintiff is a citizen of Illinois.

9. Defendant Schindler is a corporation organized and existing under the laws of Delaware with its principal place of business in Morristown, New Jersey. Schindler is a citizen of Delaware and New Jersey.

**AMOUNT IN CONTROVERSY**

10. 28 U.S.C. § 1446(c) provides, in relevant part:

(2) If removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy, except that –

(A) The notice of removal may assert the amount in controversy if the initial pleadings seeks –

(ii) a money judgment, but the State practice either does not permit demand for a specific sum or permits recovery of damages in excess of the amount demanded;

28 U.S.C. § 1446(c)(2) and (c)(2)(A)(ii).

11.     28 U.S.C. § 1446(3) further provides that a case may be removed and the amount in controversy may be satisfied by receipt of an "other paper" from which it may be determined that the amount in controversy has been met.  28 U.S.C. § 1446(3).

12.     Here, Plaintiff's Petition does not demand or state an amount of money damages, but rather requests a damages for alleged personal injuries for an amount that is "exceeds $50,000."  Exhibit A.

## **JURISDICTION AND VENUE**

13.     This Court has subject matter jurisdiction over this dispute under 28 U.S.C. § 1332 because the dispute arises between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

14.     The U.S. District Court for the Northern District of Illinois encompasses the geographic region where the state court action is pending.

15.      Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Schindler will give written notice to plaintiff and will file a copy of this Notice of Removal with the Circuit Court of Cook County, Illinois.

Wherefore, Defendant, SCHINDLER ELEVATOR COPRATION, a Delaware Corporation, hereby removes this matter from the Circuit Court of Cook County, Illinois to the U.S. District Court for the Northern District of Illinois, as provided by law, and this action should proceed as if it had originally been commenced in this Court.

Dated: April 5, 2022            Respectfully submitted,

                                                 LITCHFIELD CAVO, LLP.

                               By:    /s/ Alan M. Bernover
                                                 Attorney for the defendant Schindler
                                                 Elevator Corporation

Alan M. Bernover, Esq. (06277126)
Brian C. Hoppe, Esq. (6325672)
LITCHFIELD CAVO, LLP
303 West Madison Street , Suite 300
Chicago, IL 60606-3300
(312) 781-6664/6646
(312) 781-6630 fax
bernover@litchfieldcavo.com
hoppe@litchfieldcavo.com